PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Violation Notice Nos.: Please See Attachment "A" |
|---|---|
| Plaintiff, | |
| IN RE: DISMISSAL OF CASES AND WARRANT/ABSTRACT RECALL | MOTION AND [PROPOSED] ORDER FOR DISMISSAL OF CASES AND RECALL OF WARRANTS AND/OR ABSTRACTS |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to: 1) Dismiss the cases listed in Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants and/or abstracts associated with the cases listed in Attachment "A."

///
///
///
///

1  The United States believes that prosecution of the citations is no longer advisable or practicable
2 due to lapse of time or insufficiency of evidence.

3

4 DATED: January 8, 2025                           Respectfully submitted,

5                                                  PHILLIP A. TALBERT
                                                   United States Attorney
6
                                         By:      /s/ *Jeffrey A. Spivak*
7                                                  JEFFREY A. SPIVAK
                                                   Assistant United States Attorney
8

# **O R D E R**

IT IS HEREBY ORDERED that:

1) The cases attached hereto in Attachment "A" are hereby dismissed; and

2) Any outstanding warrants and/or abstracts are hereby recalled.

DATED: January __10__, 2025

                                      HON. STANLEY A. BOONE
                                      UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT "A"

[Cases to be Dismissed and Warrants Recalled]

|    | ECF Case Number    | Defendant Name              | Violation          |
|----|--------------------|-----------------------------|--------------------|
| 1  | 1:16-po-00005-SAB  | ERICKSON, CHASTI L          | F4377364<br>F4377363 |
| 2  | 1:16-po-00014-SAB  | PATTON, JEFFREY M           | 3500159<br>3500160 |
| 3  | 1:16-po-00015-SAB  | OROSCO, ANTHONY             | 3500162            |
| 4  | 1:16-po-00043-SAB  | SNOWDEN JR, ALBERT          | 0989875            |
| 5  | 1:16-po-00061-SAB  | REYES, SEBASTIAN J          | 2701639            |
| 6  | 1:16-po-00066-SAB  | REZA, DAVID ARTHUR          | 2702188            |
| 7  | 1:16-po-00085-SAB  | RUALES, WALTER              | 4698866            |
| 8  | 1:16-po-00097-SAB  | FORCUM, CRAIG               | 3429758            |
| 9  | 1:16-po-00105-SAB  | PEREIRA, ANANKHA DAWN       | 5007037            |
| 10 | 1:16-po-00111-SAB  | TOWNE, JEFFREY R            | 4698834            |
| 11 | 1:16-po-00117-SAB  | VARGAS-ABUNDIS, ROMAN       | F4554975           |
| 12 | 1:16-po-00140-SAB  | MADRID, RODERICK            | 2701719            |
| 13 | 1:16-po-00219-BAM  | FRIZALONE, ERIC PETER       | 6044156            |
| 14 | 1:16-po-00223-BAM  | HANNIG, MARCHON MARIE       | 6237626            |
| 15 | 1:16-po-00228-BAM  | MELGOZA, ERIC               | FBEU0004           |
| 16 | 1:16-po-00238-BAM  | READE, ROBERT               | 6237627            |
| 17 | 1:16-po-00257-SAB  | SALAZAR, JOSEPH             | 6043708            |
| 18 | 1:16-po-00261-BAM  | SCOTT, GUY                  | 4698643            |
| 19 | 1:16-po-00275-SAB  | CASANOVA, DESARIE           | F4853505           |
| 20 | 1:16-po-00290-SAB  | GIRARTE, JOSE               | F4887134           |
| 21 | 1:16-po-00317-SAB  | MELVIN, DONALD              | F4853418           |
| 22 | 1:16-po-00319-SAB  | MILLER, SAMANTHA CHARLENE   | F4853252           |
| 23 | 1:16-po-00323-SAB  | MORRIS, DAVID               | 6354729            |
| 24 | 1:16-po-00338-SAB  | RIVERA, MONICA              | F4851960           |
| 25 | 1:16-po-00343-SAB  | SEURO, EDWARD F.            | 6043884            |
| 26 | 1:16-po-00349-SAB  | SWANSON, MICHAEL DAVEN      | F4887019           |
| 27 | 1:16-po-00357-SAB  | WILLIAMS, CHARLES           | 6044053            |
| 28 | 1:16-po-00359-SAB  | ZAVALA, YUZETH              | F4852584           |
| 29 | 1:16-po-00360-SAB  | CANTU, HILARIO              | F4852585           |
| 30 | 1:16-po-00367-SAB  | ACOSTA, MARLO ANGELITA      | 6238383            |
| 31 | 1:16-po-00374-SAB  | BETTENCOURT, BLAKE F        | 6599648            |
| 32 | 1:16-po-00387-SAB  | HAMPTON, ROBERT EARL        | 6238380            |
| 33 | 1:16-po-00392-SAB  | LEWIS, AUBREY               | 6238382            |
| 34 | 1:16-po-00392-SAB  | LEWIS, AUBREY               | 6238381            |
| 35 | 1:16-po-00395-SAB  | MALONE, BRYSON              | 6238532            |
| 36 | 1:16-po-00396-SAB  | MCCLENNY, STEPHEN REESE     | F4851979           |

|    | ECF Case Number  | Defendant Name           | Violation |
|----|------------------|--------------------------|-----------|
| 37 | 1:16-po-00402-SAB | PALMERIN, GILBERT       | 6238534   |
| 38 | 1:16-po-00409-SAB | RILEY, TASHANNA         | 6043663   |
| 39 | 1:16-po-00423-SAB | BOSCO, ANTONIO G        | F4853377  |
| 40 | 1:17-po-00009-SAB | GROFFETTI, JOHNNY       | 6599701   |
| 41 | 1:17-po-00024-SAB | POWELL III, ROBERT E    | 6238535   |
| 42 | 1:17-po-00032-SAB | SILVIUS, CHESTER M      | 6238533   |
| 43 | 1:17-po-00041-SAB | GRIJALVA, AMADOR CHARLES | 6354587  |
| 44 | 1:17-po-00046-SAB | RESENDIZ, ANDRES        | 6354590   |
| 45 | 1:17-po-00051-SAB | ESTRADA, JAZZMIN        | 6354651   |
| 46 | 1:17-po-00053-SAB | DELEON JR, LORENZO L    | F4919676  |
| 47 | 1:17-po-00096-SAB | GIESBRECHT, NATHAN      | 6286106   |
| 48 | 1:17-po-00131-SAB | BOOHER, JAMES           | 6310044   |
| 49 | 1:17-po-00164-SAB | GUTIERREZ, ANGEL        | F4852481  |
| 50 | 1:17-po-00165-SAB | HERNANDEZ, JUAN JOSE    | F4853314<br>F4853315<br>F4853316 |
| 51 | 1:17-po-00173-SAB | LOSEE, CAROLYN LUCRETIA | F4853318  |
| 52 | 1:17-po-00173-SAB | LOSEE, CAROLYN LUCRETIA | F4853317  |
| 53 | 1:17-po-00179-SAB | OCHOA, ARTRO            | F4853795  |
| 54 | 1:17-po-00181-SAB | PAVAN JR, STEVEN J      | 6044104   |
| 55 | 1:17-po-00208-SAB | CARLIN, BENNY R         | F5375528  |
| 56 | 1:17-po-00214-SAB | COSTA, MISTY DAWN       | 6238406   |
| 57 | 1:17-po-00231-SAB | GOTFREY, MELINDA        | 6238407   |
| 58 | 1:17-po-00245-SAB | LEWIS, SAMUEL           | 6043602   |
| 59 | 1:17-po-00248-SAB | LOPEZ, ISAIAH J         | 6309946   |
| 60 | 1:17-po-00272-SAB | SANDOVAL, ANTHONY       | F4853204  |
| 61 | 1:17-po-00280-SAB | WILLS, KEVIN MATTHEW    | 6310149   |
| 62 | 1:17-po-00293-EPG | DELEON MORATAYA, ALDRIN | 6044531   |
| 63 | 1:17-po-00299-EPG | HERNANDEZ, DAMMIAN A    | F4854244  |
| 64 | 1:17-po-00303-EPG | LOPEZ, DAVID            | F4854243  |
| 65 | 1:17-po-00311-EPG | RODRIGUEZ, CHRIS        | F4854233  |
| 66 | 1:17-po-00313-EPG | SANCHEZ, ALEREDO        | F4854234  |
| 67 | 1:17-po-00315-EPG | YU, XIAOXUE             | F4852046  |
| 68 | 1:17-po-00342-SAB | MOUZIS, CHRIS           | F4853249  |
| 69 | 1:17-po-00361-SAB | ZAYAS JR, JIMMY         | 6310210   |
| 70 | 1:17-po-00365-SAB | BARCENAS, JONATHAN C    | 6044331   |
| 71 | 1:17-po-00365-SAB | BARCENAS, JONATHAN C    | 6044330   |
| 72 | 1:17-po-00374-SAB | CHAVEZ, JOHN M          | F4853269  |
| 73 | 1:17-po-00376-SAB | CORTEZ, FRANCISCO       | 6044658   |
| 74 | 1:17-po-00385-SAB | GUTIERREZ, LYZ          | F4854232  |
| 75 | 1:17-po-00386-SAB | HUIZACHE CAPIRE, ALFREDO | 6044901<br>6044902 |

|  | **ECF Case Number** | **Defendant Name** | **Violation** |
|---|---|---|---|
| 76 | 1:17-po-00409-SAB | WASHINGTON, MALIK | F4853245 |
| 77 | 1:17-po-00409-SAB | WASHINGTON, MALIK | F4853207 |
| 78 | 1:18-po-00013-SAB | NEVAREZ, JOHNATHAN | F5375544 |
| 79 | 1:18-po-00022-SAB | KAPSASKIS, ANASTASIOS | 6044588 |
| 80 | 1:18-po-00045-SAB | LEANDRO-ONOFRE, MARCO | 6004536 |
| 81 | 1:18-po-00046-SAB | MAKARA, KAN | 6354748 |
| 82 | 1:18-po-00056-SAB | YRUEGAS, RYAN | 6044514 |
| 83 | 1:18-po-00086-SAB | HAMMERS, SKYLER J | 6044523 |
| 84 | 1:18-po-00099-SAB | WHITSON, DAVID I | 6599927 |
| 85 | 1:18-po-00100-SAB | DICKISON, ABAGAIL N | 6599928 |
| 86 | 1:18-po-00103-SAB | CROW, DONNY R | 7476780 |
| 87 | 1:18-po-00111-SAB | KRON, JOSHUA D. | f5384505 |
| 88 | 1:18-po-00111-SAB | KRON, JOSHUA D. | F5384504 |
| 89 | 1:18-po-00118-SAB | ARENAS, EREND | 7476788 |
| 90 | 1:18-po-00155-SAB | MENDOZA, JAVIER | F5195364 |
| 91 | 1:18-po-00161-SAB | MONTOYA, ANGEL D | 7418201 |
| 92 | 1:18-po-00171-SAB | RAYEZ, JASMIN | 6310219 |
| 93 | 1:18-po-00195-SAB | WOODS, LESSHAYONA | 6238435 |
| 94 | 1:18-po-00203-SAB | BROOKINS, MITCHELL DUANE | 6044826<br>6044827<br>6044828 |
| 95 | 1:18-po-00204-SAB | BUKHARI, ERIC J | 6599935 |
| 96 | 1:18-po-00205-SAB | CANTU, MARIA SANTOS | 7476757 |
| 97 | 1:18-po-00211-SAB | CORRAL-RAMOS, IRIS M | F5195367 |
| 98 | 1:18-po-00212-SAB | COULSTON, JOSHUA B | 6599932 |
| 99 | 1:18-po-00214-SAB | DAVIS, JAMES D | 6599933 |
| 100 | 1:18-po-00222-SAB | FLOYD, CHRISTOPHER L | 6355015 |
| 101 | 1:18-po-00227-SAB | GONZALEZ, JUAN | 7476826 |
| 102 | 1:18-po-00228-SAB | GOMEZ, GILBERTO ARELLANO | 7476832 |
| 103 | 1:18-po-00230-SAB | GONZALEZ, MARTIN IRWIN | 7418133 |
| 104 | 1:18-po-00233-SAB | HERNANDEZ, OBERT A | 7418082 |
| 105 | 1:18-po-00242-SAB | KELSAY, MICHAEL C | 6599934 |
| 106 | 1:18-po-00250-SAB | MATANCILLAS, PATRICIO C | 7476837 |
| 107 | 1:18-po-00251-SAB | MAULION-AVALOS, ISMAEL | 7476506 |
| 108 | 1:18-po-00264-SAB | PARADA, ISABELA | FBEU000J |
| 109 | 1:18-po-00265-SAB | PASION, MARI | 7418331 |
| 110 | 1:18-po-00267-SAB | PEREZ, HECTOR E | 7476755 |
| 111 | 1:18-po-00280-SAB | RODRIGUEZ, TINA | 6096982 |
| 112 | 1:18-po-00311-SAB | ROBINSON, NOAH | 6044840 |
| 113 | 1:18-po-00311-SAB | ROBINSON, NOAH | 6044839 |
| 114 | 1:18-po-00311-SAB | ROBINSON, NOAH | 6044838 |
| 115 | 1:18-po-00314-SAB | VACAREZ, ARNOLD | 7418056 |

| | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 116 | 1:18-po-00314-SAB | VACAREZ, ARNOLD | 7418052 |
| 117 | 1:18-po-00320-SAB | CAMPOS, DEBBIE G | 6635648 |
| 118 | 1:18-po-00323-SAB | ARECHIGA, ANGEL | 7476522 |
| 119 | 1:18-po-00334-SAB | ELLIS, RAYMOND | F5466461 |
| 120 | 1:18-po-00341-SAB | GUERRERO, MIA | 7476517 |
| 121 | 1:18-po-00349-SAB | LEWIS, CHAD | F5456957 |
| 122 | 1:18-po-00353-SAB | MARQUEZ, GABRIEL FELIX | F5456955 |
| 123 | 1:18-po-00356-SAB | MULLER, JONATHAN | 7476564 |
| 124 | 1:18-po-00365-SAB | RODRIGUEZ, ALEXIS CHRISTIAN | 7476571 |
| 125 | 1:18-po-00366-SAB | RODRIGUEZ, ALEXIS CHRISTIAN | 7476603 |
| 126 | 1:18-po-00373-SAB | SEE, NASIR | F4851892 |
| 127 | 1:18-po-00375-SAB | SHOALS, SHONTELL D | 7476553 |
| 128 | 1:18-po-00379-SAB | TORICK, REBECCA J | F5456967 |
| 129 | 1:18-po-00385-SAB | WEBB, LOUIS C | F5466468 |
| 130 | 1:18-po-00390-SAB | ALVARADO, JOSE N | F4926227 |
| 131 | 1:18-po-00392-SAB | ARANAVELIZ, LILIAN | 7418070 |
| 132 | 1:18-po-00394-SAB | BARRANCOGUTRON, BLANCA | F4851972 |
| 133 | 1:18-po-00418-SAB | MCCOWAN, JUSTEENDANIELLE M | FBEA00ES |
| 134 | 1:18-po-00419-SAB | SLIM, RON | FBEA00ER |
| 135 | 1:19-po-00013-SAB | CAMPBELL, RORY | 6096987 |
| 136 | 1:19-po-00021-SAB | JING, YAMIN | 6599903 |
| 137 | 1:19-po-00026-SAB | WADE, BOBBY R | 6238438 |
| 138 | 1:19-po-00033-SAB | BERRY, MARYANN C | 6599908 |
| 139 | 1:19-po-00052-SAB | HOLMGREN, CHANA | 6599915 |
| 140 | 1:19-po-00127-SAB | AGUILERA, DAVID L | 9174101 |
| 141 | 1:19-po-00134-SAB | BALDWIN, SCOTT A | 6096882 |
| 142 | 1:19-po-00143-SAB | CISNEROS, GABRIELA | 7476745 |
| 143 | 1:19-po-00148-SAB | ENNIS, PRESTON A | 9072579 |
| 144 | 1:19-po-00155-SAB | HOBBS, MICHAEL B | 8108276 |
| 145 | 1:19-po-00168-SAB | RAMSEY JR, KARL E | F5466076 |
| 146 | 1:19-po-00240-SAB | BROWN, STEVEN MICHAEL | F5466092 |
| 147 | 1:19-po-00258-SAB | IXQUIER, DOMINGO R | 9073277 |
| 148 | 1:19-po-00260-SAB | JOLLY, JUSTIN D | F5195805 |
| 149 | 1:19-po-00265-SAB | LOPEZCLARK, JACOB R | 9425762 |
| 150 | 1:19-po-00276-SAB | SANCHEZ, FRANCES R | 9143504 |
| 151 | 1:19-po-00300-SAB | EVENEDIKTOVA, ELENA E | 9073078 |
| 152 | 1:19-po-00303-SAB | GILLETTE, ALLAN | 9264733 |
| 153 | 1:19-po-00307-SAB | KATO, KEVIN N | F5466095 |
| 154 | 1:19-po-00309-SAB | MARTIN, DAVID | 9264734 |
| 155 | 1:19-po-00310-SAB | MURRAY, JASON | 9264704 |
| 156 | 1:19-po-00313-SAB | RACHOTAFOYA, RENEE R | 9264703 |
| 157 | 1:19-po-00319-SAB | KEMP, TONI | 6730162 |

|  | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 158 | 1:20-po-00027-SAB | SALAZAR, BART A | 9425768 |
| 159 | 1:20-po-00080-SAB | BURKETT, MICHAEL C | 9264827 |
| 160 | 1:20-po-00087-SAB | CASAREZ, LLOYD P | 9523766 |
| 161 | 1:20-po-00089-SAB | DYER, GARY LEE | 9425853 |
| 162 | 1:20-po-00098-SAB | SMITH, JULIA H | 9425851 |
| 163 | 1:20-po-00098-SAB | SMITH, JULIA H | 9425852 |
| 164 | 1:20-po-00103-SAB | ESPARZA, ALFREDO | F5384519 |
| 165 | 1:20-po-00104-SAB | HOGUE, BRIAN A | 9425859 |
| 166 | 1:20-po-00116-SAB | BEJARANO, MATTHEW M | F5456980 |
| 167 | 1:20-po-00118-SAB | BURGESON, MONTGOMERY C | F5207918 |
| 168 | 1:20-po-00131-SAB | DURAN, CHARLES M | F5456977 |
| 169 | 1:20-po-00146-SAB | LOPEZ, RICHARD LEE | F5456979 |
| 170 | 1:20-po-00203-SAB | ENLOE, BURTON J | 9454156 |
| 171 | 1:20-po-00217-SAB | MUSKRAT, DENNIS L | F5466414 |
| 172 | 1:20-po-00281-SAB | SHERMAN, BRENT JAMES | 9073707 |
| 173 | 1:20-po-00292-SAB | WOOD, DONALD ALLEN | F5384717 |
| 174 | 1:20-po-00292-SAB | WOOD, DONALD ALLEN | F5384718 |
| 175 | 1:20-po-00295-SAB | EBRON, LEONARD KIRK | F5384657 |
| 176 | 1:20-po-00306-SAB | DE LEON LOPEZ, SAMUEL | F5375495 |
| 177 | 1:20-po-00322-SAB | NENALARITA, OLGA | F5375486 |
| 178 | 1:20-po-00339-SAB | SNOW, ERIC | F5207684 |
| 179 | 1:20-po-00347-SAB | DAILEY, JACK | F5335969<br>F5335970 |
| 180 | 1:20-po-00350-SAB | DIAZ, ALEJANDRO | F5384730 |
| 181 | 1:20-po-00351-SAB | GARCIA, EDGAR | F5384728 |
| 182 | 1:20-po-00352-SAB | MENNIG, BRIAN | 9174126<br>9174127 |
| 183 | 1:20-po-00356-SAB | MARTINEZ, CAMERON | F5340376 |